AO 470 (8/85) Order of Temporary Detention



**RECEIVED**
JUN 02 2005
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____IOWA_____

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Anand Gundo Nariboli
*Defendant*

Case Number: 4-05-064

Upon motion of the ~~Government~~/Defendant, it is ORDERED that a detention hearing is set for __6-6-05__ * at __10:30 Am__
*Date*                   *Time*

before __The Honorable Celeste F. Bremer, U. S. Magistrate__
*Name of Judicial Officer*

__Des Moines, Iowa__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
*Other Custodial Official*

Date: __6-2-2005__        __CBremer__
                          *Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.